ACCEPTED
05-15-00157-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/21/2015 4:04:42 PM
LISA MATZ
CLERK

No. 05-15-00157-CV

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

12/21/2015 4:04:42 PM

LISA MATZ
Clerk

IN THE COURT OF APPEALS
FOR THE FIFTH DISTRICT OF TEXAS
DALLAS, TEXAS

CBIF Limited Partnership;
Columbia Airport, LLC; and Steve Flory,
Appellants

v.

TGI Friday's Inc.; LBD Corporation; TGIF/DFW Partner, LLC;
TGIF/DFW Manager, LLC; TGIF/DFW Terminal A Restaurant;
Domain Enterprises, Inc.; TGIF/DFW Restaurant Joint Venture;
Louis Sturns; Norma Roby; Erma Johnson Hadley;
RSH Concessions, LLC, *et al*.,
Appellees

On Appeal from the 68th District Court
Cause No. DC-11-04730, Dallas County, Texas
the Honorable Martin Hoffman, Presiding

**SUGGESTION OF DEATH AS TO ERMA JOHNSON HADLEY**

TO THE HONORABLE FIFTH COURT OF APPEALS:

Please take notice that Appellee Erma Johnson Hadley passed away on October 1, 2015. A true and correct certified copy of her death certificate is attached hereto as Exhibit "A".

Respectfully submitted,

BARLOW GARSEK & SIMON, LLP
920 Foch Street
Fort Worth, Texas 76107
817.731.4500
817.731.6200 (facsimile)

By:_____/s/ Chris D. Collins_____
Chris D. Collins
Texas Bar No. 24025300
ccollins@bgsfirm.com
Paul J. Vitanza
Texas Bar No. 24028100
pvitanza@bgsfirm.com

Attorneys for Appellees Louis Sturns, Norma Roby, Erma Johnson Hadley, Pamela Gates as Independent Executrix for the Estate of Erma Johnson Hadley, and RSH Concessions, LLC

## Certificate of Service

I certify that a true and correct copy of the foregoing instrument was served electronically on the following counsel in accordance with the Texas Rules of Appellate Procedure on December 21, 2015.

*Attorneys for Appellants:*

**CBIF Limited Partnership**
Marshall M. Searcy, Jr.
John Cayce
Chris S. Greer
Len Wade
Brian K. Garrett
KELLY HART & HALLMAN, LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Marshall.Searcy@kellyhart.com
John.Cayce@kellyhart.com
Chris.Greer@kellyhart.com
Len.Wade@kellyhart.com
Brian.Garrett@kellyhart.com
KTorgerson@lockelord.com

*and*

Jeffrey S. Levinger
LEVINGER, PC
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202
jlevinger@levingerpc.com

**Columbia Airport, LLC and Steve Flory**
Mack Ed Swindle
WHITAKER CHALK SWINDLE & SCHWARTZ, LLP
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
mswindle@whitakerchalk.com

*and*

P. Michael Jung
Jadd F. Masso
STRASBURGER & PRICE, LLP
4400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
michael.jung@strasburger.com
Jadd.Masso@strasburger.com

*Attorneys for Appellees:*

**TGI Friday's Inc., LBD Corporation, TGIF/DFW Partner, LLC, TGIF/DFW Manager, LLC, and TGIF/DFW Terminal A Restaurant Joint Venture**
Peter Marketos
Leslie Chaggaris
REESE GORDON MARKETOS, LLP

**TGIF/DFW Restaurant Joint Venture**
David J. Drez III
WICK PHILLIPS GOULD & MARTIN, LLP
100 Throckmorton, Suite 550
Fort Worth, Texas 76102
David.Drez@wickphillips.com

750 North Saint Paul Street, Suite 6109
Dallas, Texas 75201
Pete.Marketos@rgmfirm.com
Leslie.Chaggaris@grmfirm.com

*and*

Nina Cortell
Deborah S. Coldwell
Katie Dolan-Galaviz
HAYNES & BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Nina.Cortell@haynesboone.com
Deborah.Coldwell@haynesboone.com
Katie.Dolan-Galaviz@haynesboone.com

*and*

Karen S. Precella
HAYNES & BOONE, LLP
301 Commerce Street, Suite 2600
Fort Worth, Texas 76102
Karen.Precella@haynesboone.com

**Domain Enterprises, Inc.**
Craig A. Capua
Royce West
WEST & ASSOCIATES, LLP
320 South R. L. Thornton Freeway
Suite 300
Dallas, Texas 75203
Craig.C@westllp.com
Royce.W@westllp.com

# DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
OCT 06 2015

**STATE OF TEXAS** — **CERTIFICATE OF DEATH** — **STATE FILE NUMBER** 142-15-141215

| | | |
|---|---|---|
| 1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last) | (Maiden) CHANSLER | 2. DATE OF DEATH - ACTUAL OR PRESUMED (mm-dd-yyyy) OCTOBER 1, 2015 |
| ERMA C. JOHNSON-HADLEY | | |

| 3. SEX | 4. DATE OF BIRTH (mm-dd-yyyy) | 5. AGE-Last Birthday (Years) | IF UNDER 1 YR. Mo / Days | IF UNDER 1 DAY Hours / Min | 6. BIRTHPLACE (City & State or Foreign Country) |
|---|---|---|---|---|---|
| FEMALE | JUNE 6, 1942 | 73 | | | LEGGETT, TX |

| 7. SOCIAL SECURITY NUMBER | 8. MARITAL STATUS AT TIME OF DEATH | 9. SURVIVING SPOUSE'S NAME (If wife, give name prior to first marriage) |
|---|---|---|
| [REDACTED] | ☒ Married  ☐ Widowed  ☐ Divorced  ☐ Never Married  ☐ Unknown | BILL HADLEY |

| 10a. RESIDENCE STREET ADDRESS | 10b. APT. NO. | 10c. CITY OR TOWN |
|---|---|---|
| 2362 FAETT CT | | FORT WORTH |

| 10d. COUNTY | 10e. STATE | 10f. ZIP CODE | 10g. INSIDE CITY LIMITS? |
|---|---|---|---|
| TARRANT | TEXAS | 76119 | ☒ Yes  ☐ No |

| 11. FATHER'S NAME PRIOR TO FIRST MARRIAGE | 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE |
|---|---|
| LEONDUS CHANSLER | THELMA DAVIS |

**13. PLACE OF DEATH (CHECK ONLY ONE)**

IF DEATH OCCURRED IN A HOSPITAL: ☒ Inpatient  ☐ ER/Outpatient  ☐ DOA
IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice Facility  ☐ Nursing Home  ☐ Decedent's Home  ☐ Other (Specify)

| 14. COUNTY OF DEATH | 15. CITY/TOWN, ZIP (IF OUTSIDE CITY LIMITS, GIVE PRECINCT NO.) | 16. FACILITY NAME (If not institution, give street address) |
|---|---|---|
| TARRANT | ARLINGTON, 76012 | TEXAS HEALTH ARLINGTON MEMORIAL |

| 17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED | 18. MAILING ADDRESS OF INFORMANT (Street and Number, City, State, Zip Code) |
|---|---|
| BILL HADLEY - HUSBAND | 2362 FAETT CT, FORT WORTH, TX 76119 |

| 19. METHOD OF DISPOSITION | 20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH | 21. |
|---|---|---|
| ☒ Burial  ☐ Cremation  ☐ Donation  ☐ Entombment  ☐ Removal from state  ☐ Other (Specify) | DELBERT JACKSON , BY ELECTRONIC SIGNATURE - 111908 | ☒ Unknown  Section ___  Block ___  Lot ___  Space ___ |

| 22. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 23. LOCATION (City/Town, and State) |
|---|---|
| GREENWOOD CEMETERY | FORT WORTH, TX |

| 24. NAME OF FUNERAL FACILITY | 25. COMPLETE ADDRESS OF FUNERAL FACILITY (Street and Number, City, State, Zip Code) |
|---|---|
| GREGORY W. SPENCER FUNERAL DIRECTORS, INC | 4000 MILLER AVE, FORT WORTH, TX 76119 |

**26. CERTIFIER (Check only one)**
☒ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☐ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner stated.

| 27. SIGNATURE OF CERTIFIER | 28. DATE CERTIFIED (mm-dd-yyyy) | 29. LICENSE NUMBER | 30. TIME OF DEATH (Actual or presumed) |
|---|---|---|---|
| KAREL DICKE , BY ELECTRONIC SIGNATURE | OCTOBER 5, 2015 | E7388 | 05:24 AM |

| 31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City, State, Zip Code) | 32. TITLE OF CERTIFIER |
|---|---|
| KAREL DICKE  906 W RANDOL MILL RD., ARLINGTON, TX 76012 | MD |

**33. PART 1. ENTER THE CHAIN OF EVENTS - DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH.**

| CAUSE OF DEATH | | Approximate interval Onset to death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) → a. [REDACTED] | Due to (or as a consequence of) | 5 MINUTES |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated, the events resulting in death) LAST → b. [REDACTED] | Due to (or as a consequence of) | 7 MONTHS |
| c. [REDACTED] | Due to (or as a consequence of) | 13 MONTHS |
| d. | | |

| PART 2. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH - BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I | 34. WAS AN AUTOPSY PERFORMED? ☐ Yes  ☒ No |
|---|---|
| | 35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes  ☐ No |

| 36. MANNER OF DEATH | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE | 39. IF TRANSPORTATION INJURY, SPECIFY |
|---|---|---|---|
| ☒ Natural  ☐ Accident  ☐ Suicide  ☐ Homicide  ☐ Pending Investigation  ☐ Could not be determined | ☐ Yes  ☒ No  ☐ Probably  ☐ Unknown | ☒ Not pregnant within past year  ☐ Pregnant at time of death  ☐ Not pregnant, but pregnant within 42 days of death  ☐ Not pregnant, but pregnant 43 days to one year before death  ☐ Unknown if pregnant within the past year | ☐ Driver/Operator  ☐ Passenger  ☐ Pedestrian  ☐ Other (Specify) |

| 40a. DATE OF INJURY (mm-dd-yyyy) | 40b. TIME OF INJURY | 40c. INJURY AT WORK? ☐ Yes  ☐ No | 40d. PLACE OF INJURY (e.g., Decedent's home, construction site, restaurant, wooded area) |
|---|---|---|---|
| | | | |

| 40e. LOCATION (Street and Number, City, State, Zip Code) | 40f. COUNTY OF INJURY |
|---|---|
| | |

**41. DESCRIBE HOW INJURY OCCURRED**

| 42a. REGISTRAR FILE NO. | 42b. DATE RECEIVED BY LOCAL REGISTRAR | 42c. REGISTRAR |
|---|---|---|
| 03-1692 | OCTOBER 6, 2015 | REGISTRAR - CITY OF ARLINGTON, ELECTRONICALLY FILED |

EDR NUMBER   000001778370

LHA

VS-112 REV 1/2006

WARNING: The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine up to $10,000. (Health and Safety Code, Sec. 195.195, 1989)

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED  OCT 06 2015



GERALDINE R. HARRIS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND



Exhibit "A"